UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Wilcox Industries Corp</u>

    v.                                Case No. 11-cv-551-PB

<u>Hansen, et al</u>


<u>ORDER</u>

Re: Document No. 20, Proposed Discovery Plan

Ruling: Approved and adopted as a pretrial scheduling order. Trial: Two-week trial period beginning March 5, 2013. In light of the court's approval of the parties' proposed discovery plan, the pretrial conference currently scheduled to occur on February 21, 2012, is cancelled. The court issues no ruling on the disputed question regarding whether plaintiff should be ordered "to identify with particularity the trade secrets or confidential information claimed to be at issue in this case." The court encourages the parties to reach agreement on this question in conjunction with any negotiations regarding the terms of a proposed protective order. To the extent the parties cannot reach agreement on this issue, they may place the dispute before the court in an appropriate motion.


Date: February 17, 2012               /s/ Landya B. McCafferty
                                              Landya B. McCafferty
                                              US Magistrate Judge

cc: Counsel of Record